**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RODERICK WHITE
ADC #92057                                                                                              PLAINTIFF

V.                                       5:06CV00157-WRW/HDY

TIFFANY JONES *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion to dismiss (docket entry #8) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 5th day of September, 2006.


                                                              /s/Wm. R. Wilson, Jr.
                                                              UNITED STATES DISTRICT JUDGE